UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERASMO HUMBERTO LIMA-MARTINEZ,
a/k/a, Tun Tun, Azul, and Chino,

Defendant.

Case No. 2:17-CR-164(20)
CHIEF JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

This matter is before the Court upon the request of Tim Merkle, appointed counsel for Defendant Erasmo Humberto Lima-Martinez, for appointment of Brian Riggs as co-counsel. *See* 18 U.S.C. § 3005 (providing for two attorneys in capital cases, one of which is "learned in the law applicable to capital cases"). The Court has considered the request and finds both Messrs. Merkle and Rigg are learned in the law applicable to capital cases. Mr. Riggs has "distinguished prior experience in state death penalty trials, appeals, or post-conviction review that, in combination with co-counsel, will assure high-quality representation." *Guide to Judicial Policies and Procedure*, Vol. 7, Ch. 6, Federal Death Penalty and Capital Habeas Corpus Representations, at § 620.30(e). The Court therefore **APPOINTS** Mr. Riggs as co-counsel for Defendant Erasmo Humberto Lima-Martinez.

**IT IS SO ORDERED.**

4-27-2018
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**